

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR3957-W |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |
| CHRISTOPHER RISDON | |
| Defendant. | |

On motion of the United States, with no objection by Defendant, and with good cause shown, the Indictment in this case is hereby dismissed without prejudice.

DATED: November 5, 2018

**SO ORDERED.**

_____
THE HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE